# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number:

GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27
WELFARE AND PENSION FUNDS,
                Plaintiff,
  v.
CARDINAL MIRROR AND GLASS COMPANY, an Illinois Corporation,
                Defendant.

FILED: AUGUST 26, 2008
08CV4868
JUDGE NORGLE
MAGISTRATE JUDGE ASHMAN
AO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print) <br> DONALD D. SCHWARTZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Donald D. Schwartz |
| FIRM <br> ARNOLD AND KADJAN |
| STREET ADDRESS <br> 19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP <br> CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03124459 | TELEPHONE NUMBER <br> (312) 236-0415 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐