## United States District Court for the Northern District of Illinois

Case Number: 08CV4868          Assigned/Issued By: DAJ

Judge Name: NORGLE             Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00       [ ] $5.00

                [ ] IFP          [ ] No Fee       [ ] Other _____

                [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                          Receipt #: 3052191

Date Payment Rec'd: 08/26/08                 Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
                                             (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1  Original and  0  copies on  08/26/08  as to  DEF.
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05